

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR ENVIROTECH, INC., a Delaware corporation,<br><br>    Plaintiff<br><br>vs.<br><br>REDLINE DETECTION, LLC, a California limited liability company; and KENNETH A. PIERONI, an individual,<br><br>    Defendants | Case No. SACV12-1861 JGB (MLGx)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE EXHIBIT 3 TO THE DECLARATION OF MATTHEW A. NEWBOLES IN SUPPORT OF DEFENDANTS' MOTION TO STAY LITIGATION PENDING OUTCOME OF *INTER PARTES* REVIEW UNDER SEAL**<br><br>Date: March 18, 2013<br>Time: 9:00 a.m.<br>Dept: 790 |

WHEREAS, Pursuant to Local Rule 79-5.1 and Defendants Redline Detection, LLC and Kenneth A. Pieroni ("Defendants") request to file Exhibit 3 to the Declaration of Matthew A. Newboles in Support of Defendants' Motion to Sty Litigation Pending Outcome of *Inter Partes* Review under seal,

IT IS HEREBY ORDERED:

That Exhibit 3 to the Declaration of Matthew A. Newboles in Support of

1  Defendants' Motion to Stay Litigation Pending Outcome of *Inter Partes* Review is to
2  be filed under seal.

3  

4  Dated: March 15, 2013                    _____
                                             Jesus G. Bernal
5                                            United States District Court Judge

# PROOF OF SERVICE

State of California )
                    ) §.
County of Orange )

I am over the age of 18 and not a party to the within action; my business address is STETINA BRUNDA GARRED & BRUCKER, 75 Enterprise, Suite 250, Aliso Viejo, California 92656. On **February 15, 2013**, a copy of the attached **ORDER GRANTING APPLICATION TO FILE EXHIBIT 3 TO THE DECLARATION OF MATTHEW A. NEWBOLES IN SUPPORT OF DEFENDANTS' MOTION TO STAY LITIGATION PENDING OUTCOME OF *INTER PARTES* REVIEW UNDER SEAL** was served on all interested parties in this action by U.S. Mail, postage prepaid, at the address as follows:

| | |
|---|---|
| Todd M. Malynn<br>James A. Gale<br>Richard Guerra<br>FELDMAN GALE, P.A.<br>880 West First Street, Suite 315<br>Los Angeles, CA 90012 | Attorneys for Plaintiff |

Executed on **February 15, 2013**, at Aliso Viejo, California. I declare under penalty of perjury that the above is true and correct. I declare that I am employed in the office of Stetina Brunda Garred & Brucker at whose direction service was made.

*/s/ Tara Hamilton*

Tara Hamilton